UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OLAVONNE MORDHORST,

               Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

               Defendant.

Case No. C10-5736-RSL

**ORDER REVERSING AND REMANDING CASE FOR FURTHER PROCEEDINGS**

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) The Commissioner's decision is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

DATED this 24th day of May, 2011.

               */s/ Robert S. Lasnik*
               Robert S. Lasnik
               United States District Judge